IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Tammie N

Printed: 12/16/08

Case Number: 07 B 10660
Judge: Goldgar, A. Benjamin
Filed: 6/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 4, 2008
Confirmed: October 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,875.00 |  |
| Secured: |  | 6,056.01 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,274.00 |
| Trustee Fee: |  | 544.99 |
| Other Funds: |  | 0.00 |
| Totals: | 8,875.00 | 8,875.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 2,274.00 | 2,274.00 |
| 2. | AMC Mortgage Serivces | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,335.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 5,338.53 | 2,573.83 |
| 5. | Household Bank FSB | Secured | 737.64 | 0.00 |
| 6. | Monterey Financial Services | Secured | 2,266.85 | 594.76 |
| 7. | AMC Mortgage Serivces | Secured | 39,681.85 | 2,887.42 |
| 8. | Monterey Financial Services | Unsecured | 1,219.38 | 0.00 |
| 9. | Nicor Gas | Unsecured | 3,824.37 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 3,049.40 | 0.00 |
| 11. | Cook County Treasurer | Unsecured | 0.23 | 0.00 |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | Household | Unsecured | | No Claim Filed |
| 15. | T Mobile USA | Unsecured | | No Claim Filed |
|  |  |  | $ 61,727.25 | $ 8,330.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 156.61 |
| 6.5% | 388.38 |
|  | $ 544.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Tammie N | Case Number:  07 B 10660 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/16/08 | Filed:  6/14/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

